IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY A. KERSTEN, | No. 2:16-CV-0309-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. At the time the action was filed, plaintiff was proceeding pro se and the matter was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). Because plaintiff is now represented by counsel, the matter is referred back to the assigned District Judge. See id. The scheduling/status conference currently set for June 22, 2016, in Redding, California, is hereby vacated.

IT IS SO ORDERED.

DATED: May 18, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1