KATHLEEN E. WELLS, CSB 107051
3393 Maplethorpe Lane
Soquel, California 95073
Telephone: (831) 475-1243
e-mail: lioness@got.net

Attorney for Plaintiff Timothy A. Kersten, D.D.S.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| Timothy A. Kersten, D.D.S., ) | NO. 2:16-CV-00309-JAM-CMK |
| ) | |
| Plaintiff, ) | ORDER RE: |
| ) | PLAINTIFF'S REQUEST FOR |
| vs. ) | EXTENSION TO SERVE SUM- |
| ) | MONS & COMPLAINT |
| State of California Franchise Tax Board, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

On May 14, 2016, plaintiff filed a timely Request for Extension of Time to serve the Summons and Complaint and to reschedule the status conference. Said request also included the declaration of counsel, Kathleen E. Wells, in support of the request.

Good cause appearing therefor

IT IS HEREBY ORDERED that the time in which plaintiff may serve the summons and

1

[PROPOSED] ORDER RE: PLAINTIFF'S REQUEST FOR EXTENSION OF TIME FOR SERVICE
*Kersten v. State of California Franchise Tax Board, et al.*
Case No. 2:16-CV-00309-JAM-CMK

complaint on the defendants is hereby extended for 120 days to September 13, 2016.

Dated: 6/9/2016

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
 UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER RE: PLAINTIFF'S REQUEST FOR EXTENSION OF TIME FOR SERVICE
*Kersten v. State of California Franchise Tax Board, et al.*
Case No. 2:16-CV-00309-JAM-CMK