KATHLEEN E. WELLS, CSB 107051
3393 Maplethorpe Lane
Soquel, California  95073
Telephone: (831) 475-1243
e-mail: lioness@got.net

Attorney for Plaintiff Timothy A. Kersten, D.D.S.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| Timothy A. Kersten, D.D.S., | NO. 2:16-CV-00309-JAM-CMK |
| Plaintiff, | PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJU- |
| vs. | DICE OF DEFENDANTS FRAN- CHISE  TAX BOARD, DEPART- |
| State of California Franchise Tax Board, et al. | MENT OF MOTOR VEHICLES and DENTAL BOARD; |
| Defendants. | REQUEST FOR ORDER; ORDER |

Plaintiff , Timothy A. Kersten, by and through his counsel of record, hereby dismisses without prejudice defendants STATE OF CALIFORNIA FRANCHISE TAX BOARD, CALIFORNIA STATE DEPARTMENT OF MOTOR VEHICLES and DENTAL BOARD OF CALIFORNIA, and hereby requests the court to order such dismissal.

Dated:  February 6, 2017       __/s/_ Kathleen E. Wells_____
                               Attorney for Plaintiff, Timothy Kersten

1

DISMISSAL OF FTB, DMV, AND DBC WITHOUT PREJUDICE AND REQUEST FOR ORDER
*Kersten v. State of California Franchise Tax Board, et al.*
Case No. 2:16-CV-00309-JAM-CMK

ORDER

In accordance with Plaintiff's request and good cause appearing therefor

IT IS HEREBY ORDERED

that defendants STATE OF CALIFORNIA FRANCHISE TAX BOARD, CALIFORNIA STATE DEPARTMENT OF MOTOR VEHICLES and DENTAL BOARD OF CALIFORNIA are dismissed from this case without prejudice.

Dated: 2/8/2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2

DISMISSAL OF FTB, DMV, AND DBC WITHOUT PREJUDICE AND REQUEST FOR ORDER
*Kersten v. State of California Franchise Tax Board, et al.*
Case No. 2:16-CV-00309-JAM-CMK